United States District Court
Northern District of New York

# JUDGMENT

**JOHN G. BOWLES**
                         **Plaintiff**

         **VS.**                            **5:05-CV-266 (NAM) (GJD)**

**COMMISSIONER OF SOCIAL SECURITY, Jo Anne B. Barnhart**

                **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the the Report and Recommendations of Magistrate Judge Gustave J. DiBianco dated July 20, 2006 is accepted in its entirety.  Therefore defendant's motion for judgment on the pleadings is granted and plaintiff's Complaint is dismissed.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 30th day of November, 2007.


**NOVEMBER 30, 2007**                      **LAWRENCE K. BAERMAN**

**DATE**                                                **CLERK OF COURT**

                                                                s/

                                                           **JOANNE BLESKOSKI**
                                                          **DEPUTY CLERK**